IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KENNETH R. REID,** : Civil No. 1:16-cv-0885
:
**Plaintiff,** :
:
**v.** :
:
**DAVID J. EBBERT,** :
:
**Defendant.** : Judge Sylvia H. Rambo

**O R D E R**

**AND NOW**, this 24th day of May, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) Reid's claims with respect to the validity of his sentence are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3) Reid's claims with respect to the execution of his sentence are **DISMISSED WITH PREJUDICE** on the merits.

4) The Clerk of Court is directed to close this file.

5) The court declines to issue a certificate of appealability as it is without jurisdiction on his § 2255 petition and his claim for wrongful execution of his sentence is meritless.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge